IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTLEY RETZLER,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-1800** |
| | : | |
| **WILLIAM McCAULEY, III,** | : | |
| *et al.*, | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| **LAURA WARDEN,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 19-CV-1801** |
| | : | |
| **WILLIAM McCAULEY, III,** | : | |
| *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 17th day of June, 2019, upon consideration of Plaintiff Westley Retzler's *pro se* Amended Complaint (Civ. A. No. 19-1800, ECF No. 6), and Plaintiff Laura Warden's *pro se* Amended Complaint (Civ. A. No. 19-1801, ECF No. 6), it is **ORDERED** that:

1. With the exception of claims against Defendants Blalock Auto and Raymond Blalock, the Amended Complaints are **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to comply with Federal Rule of Civil Procedure 8.

2. Retzler and Warden are **GRANTED** leave to file a Second Amended Complaint within thirty (30) days of the date of this Order following the guidelines set forth in the Court's accompanying Memorandum. If they fail to follow the Court's guidelines, any further dismissal of any claim or dismissal of any Defendant for failure to comply with Rule 8, may be with

prejudice. If Retzler and Warden fail to file a Second Amended Complaint, these actions will proceed against Defendants Blalock Auto and Raymond Blalock only.

3. The Clerk of Court is **DIRECTED** to defer service pending further Order of the Court.

**BY THE COURT:**

**Berle M. Schiller, J.**